**Order entered May 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00410-CV

## IN RE STACEY D. HOWARD, Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04354-2013**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** the writ of mandamus as to relator's request that the trial court rule on his outstanding motions and his requests for a trial setting. We **DIRECT** the trial court to, within thirty days of the date of this opinion, issue written rulings on all motions pending as of the date of this order, and issue a written order setting the case for trial in order to proceed to judgment. We further **DIRECT** the trial court to allow relator to participate in pre-trial hearings and trial by affidavit, deposition, telephone, or other effective and constitutionally-reasonable means. We further **ORDER** the trial court to file with this Court, within the time for compliance with the Court's opinion and order of this date, a certified copy of its rulings and orders evidencing such compliance. Should the trial court fail to comply with this order, the writ will issue.

We **DENY** the petition for writ of mandamus as to relator's complaint that Respondent has not ruled on relator's motion for summary judgment and request for bench warrant.

/s/    LANA MYERS
        JUSTICE